IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23CR00311-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v | ) | |
| | ) | |
| ANTHONY S. WHITAKER, | ) | |
| | ) | AMENDED ORDER IN |
| Defendant, | ) | GARNISHMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CONSOLIDATED EDISON OF NEW YORK, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

Upon the Motion of the United States for entry of an amended Order in Garnishment, it is hereby ORDERED that:

Garnishee shall pay $1,500.00 of Defendant's earnings which remain after all deductions required by law have been withheld to Plaintiff.

In the event Defendant's monthly annuity payment decreases such that $1,500.00 exceeds 25% of Defendant's monthly earnings which remain after all deductions required by law have been withheld, Garnishee shall instead pay 25% of Defendant's earnings which remain after all deductions required by law have been withheld to Plaintiff.

All payments due to Plaintiff under this Order of Garnishment shall continue until the debt to Plaintiff is paid in full or until Garnishee no longer has custody,

possession or control of any property belonging to Defendant or until further Order of this Court.

Checks should be made payable to: U. S. District Court and mailed to:

> U.S. District Court
> P.O. Box 25670
> Raleigh, NC 27611

In order to ensure that payments are credited properly, please include Court Number 5:23CR00311-001D on each check.

SO ORDERED, this the 19 day of December, 2025.

JAMES C. DEVER III
United States District Court Judge