IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-311-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTHONY S. WHITAKER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States and Probation MUST respond to defendant's motions to reduce his monthly restitution payment [D.E. 85, 86] not later than March 27, 2026.

SO ORDERED. This 12 day of February, 2026.

JAMES C. DEVER III
United States District Judge