UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23CR00311-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **ORDER TO SEAL EXHIBITS** |
| v. | ) | |
| | ) | |
| ANTHONY S. WHITAKER, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion to Seal Exhibit A – Defendant's Financial Statement and Exhibit B – Defendant's Supplement to Financial Statement, [D.E. 89], attached to the Government's Response [D.E. 88]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibits A and B [D.E. 89].

SO ORDERED this __30__ day of March, 2026.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE